# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                            Case No.: 13−13291−MS
                                            Chapter: 7
                                            Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Felipe Alvarenga
   758 Closter Dock Rd
   Closter, NJ 07624

Social Security No.:
   xxx−xx−4281

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

      Nicholas J. Delzotti, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
      If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than June 3, 2013.
      In the event an objection is timely filed, a hearing will be held before the Honorable Morris Stern on

DATE:             6/17/2013
TIME:             10:00 AM
COURTROOM:   3A

      If no objection is filed with the Clerk and served upon the Trustee on or before June 3, 2013, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
Debtors property is located at
758 Closter Dock Road
Closter, NJ 07624.
Property has a fair market value of
$250,000.00 per TD Bank
short sale counter offer.

The liens on the property to be abandoned are as follows
(including amount claimed due):
Mortgages are held by
TD Bank
with a balance of
$265,332.38 &
PNC Mortgage
with a balance of
$219,372.89
With the cost of sale the

Trustee believes this property
has no value to the estate.

The amount of equity claimed as exempt by the debtor is:

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Nicholas J. Delzotti
PO Box 20117
Newark, NJ 07101
973−622−3464

    or the trustee's attorney (if applicable) at:
Nicholas J. Delzotti
PO Box 20117
Newark, NJ 07101
973−622−3464


Dated: May 14, 2013
JJW:

                                                  James J. Waldron
                                                Clerk

```
                                  United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                      Case No. 13-13291-MS
Felipe Alvarenga                                                            Chapter 7
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-2          User: cpurcell               Page 1 of 3                   Date Rcvd: May 14, 2013
                              Form ID: 154                 Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2013.
db           +Felipe Alvarenga,    758 Closter Dock Rd,    Closter, NJ 07624-3222
513693182    +American Express,    American Express Special Research,    PO Box 981540,    El Paso, TX 79998-1540
513693184    +Bank Of America,    Attn: Bankruptcy NC4-105-0314,    PO Box 26012,    Greensboro, NC 27420-6012
513693186    +Capital 1 Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
513693187    +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
513693188    +Chase Mht Bk,    Attention: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
513693189    +Citi,   CitiCard Credit Services/Centralized Ban,    PO Box 20507,    Kansas City, MO 64195-0507
513693190    +Citibank Usa,    CITICORP CREDIT SERVICES/ATTN: CENTRALIZ,    PO Box 20507,
               Kansas City, MO 64195-0507
513693192    +ER Solutions,    PO Box 9004,    Renton, WA 98057-9004
513693199    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,      Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541)
513693198    +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
513693200    +Pride Financial LLC,    235 Beaufort Ave,    Livingston, NJ 07039-1713
513693201    +Sears/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
513693203    +Vzw Ne,   Attention: Verizon Wireless Department,     PO Box 3397,    Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: leah.bynon@usdoj.gov May 15 2013 10:05:45      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2013 09:56:08      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
513693183     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 15 2013 04:06:49      Asset Acceptance Llc,
               Po Box 1630,    Warren, MI 48090-1630
513709513     +E-mail/Text: bnc@atlasacq.com May 15 2013 06:55:47      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
513693185     +E-mail/Text: ebn@squaretwofinancial.com May 15 2013 11:42:12      Cach Llc/Square Two Financial,
               Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
513693191     +E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2013 04:37:15      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
513693193     +E-mail/Text: Bankruptcy@icsystem.com May 15 2013 10:10:51      Ic Systems Inc,    PO Box 64378,
               St. Paul, MN 55164-0378
513693194     +E-mail/Text: resurgentbknotifications@resurgent.com May 14 2013 23:23:29      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
513693196     +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2013 04:09:09      Midland Funding,
               8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513693197     +E-mail/Text: bankruptcydepartment@ncogroup.com May 15 2013 10:47:18      Nco Fin/99,
               Po Box 15636,    Wilmington, DE 19850-5636
513693202     +E-mail/Text: bankruptcy@td.com May 15 2013 04:23:33      Td Bank N.a.,    32 Chestnut St,
               Lewiston, ME 04240-7799
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513693195      Midland Credit Mgmt In
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: cpurcell              Page 2 of 3              Date Rcvd: May 14, 2013
                              Form ID: 154                Total Noticed: 25

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0312-2           User: cpurcell              Page 3 of 3              Date Rcvd: May 14, 2013
                               Form ID: 154                Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2013 at the address(es) listed below:
          Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com, NJ58@ecfcbis.com
          Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com
          Zak A Aljaludi    on behalf of Debtor Felipe  Alvarenga bkecf@aljaludilaw.com
          TOTAL: 3